# COURT MINUTES

## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor — Date: 04/29/2026 Time: 1:30 PM

Defendant: Howard Arom Morraz J#: 45843-512 Case #: 26-MJ-2385-SANCHEZ

AUSA: Joe Egozi Attorney:

Violation: Target of Investigation Surr/Arrest Date: YOB: 1991

Proceeding: Report RE: Counsel CJA Appt: Nayib Hassan, Esq.

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond:

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

Court appoints CJA counsel – Nayib Hassan, Esq.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 14:05:51 Time in Court: 3 mins

s/Enjolique Lett Magistrate Judge